UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL WASILEWSKI, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>TARGET CORPORATION, )<br>)<br>    Defendant. ) | Removed from 2018 L 3096<br><br>**Jury Demand** |

## NOTICE OF REMOVAL

TARGET CORPORATION, the Defendant in the above entitled cause, seeks removal from the Circuit Court of Cook County and to the United States District Court, Northern District of Illinois, Eastern Division and, in support thereof, allege as follows:

    1.    This action was commenced against TARGET CORPORATE SERVICES, INC., and TARGET CORPORATION d/b/a TARGET STORES, in the Circuit Court of Cook County, Illinois on 3/26/18. A copy of Plaintiff's Complaint was served upon Defendant TARGET CORPORATION on 3/30/18.

    2.    TARGET CORPORATE SERVICES, INC., was incorrectly named as a Defendant in the original Complaint as it had been withdrawn in Illinois as of 4/4/16. Defense counsel informed Plaintiff's attorney that the entity was incorrectly named on 5/4/18 and he agreed to voluntarily dismiss it at the initial State Court Case Management Conference on 5/23/18. TARGET CORPORATE SERVICES, INC., was voluntarily dismissed by Plaintiff on 5/23/18. Accordingly, the case now remains pending solely against TARGET CORPORATION.

    3.    At the time the action was commenced and since then, upon information and belief, the Plaintiff was and is a citizen of the County of Cook, State of Illinois and Defendant, TARGET CORPORATION, was and is a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Minneapolis, Minnesota.

4. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, as appears from Plaintiff's Amended Complaint at Law. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Plaintiff, MICHAEL WASILEWSKI, allegedly sustained severe and permanent injuries and was, and will be, hindered and prevented from attending from his usual duties and affairs of life, and has lost and will lose, the value of that time, thereby causing Plaintiff to lose considerable income and earnings along with great pain and anguish both in mind and body and will in the future continue to suffer the same. Plaintiff allegedly has expended and will become liable for substantial sums of medical care and services while endeavoring to become cured and healed of the injuries and will continue to so expend and become liable for additional sums. In his Amended Complaint at Law, Plaintiff has also demanded judgment against Defendant in an amount in excess of the $50,000.00 jurisdictional limit and such additional amounts as the court shall deem proper along with costs of the lawsuit. Additionally, Plaintiff's attorney informed defense counsel on 6/1/18, that Plaintiff could not stipulate that Plaintiff's damages are below $75,000.00, as they are in excess of that number.

5. This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC §1332.

6. Defendant attaches to this notice copies of all process, pleadings, and orders that have been served on it. (A copy of which are attached hereto and incorporated by reference in this Notice as Exhibit "B").

WHEREFORE, Defendant, TARGET CORPORATION, prays that this cause be removed to the United States District Court for the Northern District of Illinois.

**BRYCE DOWNEY & LENKOV LLC**

                    TARGET CORPORATION

By:   s:*/Christopher M. Puckelwartz*
        One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com

STATE OF ILLINOIS    )
                          ) SS.

COUNTY OF COOK )

Christopher M. Puckelwartz, being first duly sworn on oath, deposes and says that:

1. He is one of the attorneys for the Defendant in this cause;

2. He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the notice of removal are true and correct.

**BRYCE DOWNEY & LENKOV LLC**

TARGET CORPORATION

By: s:/*Christopher M. Puckelwartz*
One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
P: 312.377.1501
F: 312.377.1502
E: rlenkov@bdlfirm.com
E: cpuckelwartz@bdlfirm.com